**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KIMBERLY BABB, ET AL., | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| V. | § | CASE NO. 4:13cv406 |
| | § | Judge Clark/Judge Mazzant |
| TITLEMAX OF TEXAS, INC., a Texas | § | |
| Corporation, doing business as | § | |
| TITLEMAX, ET AL., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER GRANTING TITLEMAX OF TEXAS, INC.'S AGREED MOTION TO COMPEL ARBITRATION AND DISMISSAL WITHOUT PREJUDICE

Before the court is Defendant TitleMax of Texas, Inc.'s Agreed Motion to Compel Arbitration and Dismissal, Without Prejudice, of Plaintiffs' claims [Doc. #32]. In the motion, TitleMax, with the agreement of Plaintiffs, requests that this court enter an order compelling Plaintiffs to arbitrate their claims in this action on an individual basis and dismissing the Plaintiffs' claims against TitleMax without prejudice.

It is **ORDERED** that Defendant's Motion Compel Arbitration is **GRANTED** as to all Plaintiffs and thus Plaintiffs are ordered to submit to individual arbitration in accordance with the terms of their respective agreements. It is further **ORDERED** that the Plaintiffs' claims asserted against Defendant before this court are **DISMISSED** without prejudice.

1

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**So ordered and signed on**

**Jul 3, 2014**

_____
Ron Clark, United States District Judge